NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LIBERTY NATIONAL SURETY, INC.      )
d/b/a LIBERTY BAIL BONDS,           )
                                    )
      Appellant,             )
                                    )
v.                                  )          Case No.  2D17-2743
                                    )
SUNTRUST BANK,                      )
                                    )
      Appellee.             )
_____)

Opinion filed May 30, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

James E. Moon of Quintairos, Prieto, Wood
& Boyer, P.A., Fort Myers, for Appellant.

Robert J. Lindeman of Marcadis Singer P.A.,
Tampa, for Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and MORRIS and ATKINSON, JJ., Concur.